UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 04-6759 DSF<br>CR 98-339 DSF | Date | 6/25/13 |
|---|---|---|---|
| Title | United States v. Solomon Tekle | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order DENYING Motion to Reopen Prior § 2255 Case (Docket No. 441)

Petitioner/Defendant Solomon Tekle brings a "Motion to Reopen the Prior 28 U.S.C. Section 2255 Case Pursuant to Federal Rule of Civil Procedure 60(b)(6)." In his motion Petitioner raises the same arguments that have been rejected at least three times by Judge Takasugi, rejected by the Court of Appeals, and twice rejected on procedural grounds by this Court.

The motion is DENIED.

IT IS SO ORDERED.